# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY SULLIVAN,<br>　　　　Petitioner,<br>　　v.<br>C. PFEIFFER, WARDEN,<br>　　　　Respondent. | Case No. 2:20-cv-00865-DOC (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order: Dismissing Petition As Second Or Successive; Denying Certificate Of Appealability; and Referring Petition Pursuant to Ninth Circuit Rule 22-3(a),

IT IS ADJUDGED THAT this action is dismissed without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATE: February 12, 2020

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE